**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to lst Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-1971

JANICE W. STEVENSON,

Plaintiff, Appellant,

v.

MASSACHUSETTS SCHOOL OF LAW AT ANDOVER, INC., ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Joseph L. Tauro, U.S. District Judge]

Before

Torruella, Circuit Judge,
Cyr and Stahl, Senior Circuit Judges.

Janice W. Stevenson on brief pro se.
Peter M. Malaguti on brief for appellees.

March 30, 2004

**Per Curiam**. The order of dismissal is affirmed substantially for the reasons recited in the district court's opinion dated May 7, 2003. Plaintiff's claim under 42 U.S.C. § 1983 alleging a violation of her First Amendment rights plainly fails for lack of state action. See, e.g., Rendell-Baker v. Kohn, 457 U.S. 830, 837-43 (1982); Logiodice v. Trustees of Maine Central Inst., 296 F.3d 22, 26-29 (1st Cir. 2002), cert. denied, 537 U.S. 1107 (2003); Krohn v. Harvard Law School, 552 F.2d 21, 23-24 (1st Cir. 1977). Her remaining claims have not been pursued on appeal and thus have been abandoned. See, e.g., Kearney v. Town of Wareham, 316 F.3d 18, 22 (1st Cir. 2002). We add that the district court's disposition of those claims appears unexceptionable in any event.

Affirmed.